The Honorable James L. Robart

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| EMERALD CITY COLLECTIVE, a Washington nonprofit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE LIQUOR AND CANNABIS BOARD, a state agency; DAVID POSTMAN, an individual; RICK GARZA, an individual; REBECCA SMITH, an individual; OLLIE GARRETT, an individual; JEANNE McSHANE, an individual; and NICOLA REID, an individual,<br><br>Defendants. | Case No.: 2:24-cv-02163-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE<br><br>NOTED ON MOTION CALENDAR: DECEMBER 18, 2025 |

THIS MATTER comes before the Court on the Stipulated Motion to Continue. Having considered:

1. The Stipulated Motion to Continue;

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CONTINUE - 1
CASE NO. 2:24-CV-02163-JLR

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BUCHALTER 85745898v1

2. The Declaration of Kyle J. Rekofke in Support of the Stipulated Motion to Continue.

3. _____;

4. _____;

5. _____

and having been familiar with the files and records in this case, the Court is fully advised.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that:

Stipulated Motion to Continue is **GRANTED**. Trial in this matter shall now commence on  August , 9th 2027. The other deadlines on the Case Scheduling Order shall be continued for the same amount of time to correspond to the new trial date. The court DIRECTS the Clerk to reset all of the deadlines that have not yet passed in accordance with the new trial date.

Dated this 19th day of December 2025.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Presented jointly by:

| | |
|---|---|
| BUCHALTER<br>A Professional Corporation | NICHOLAS W. BROWN<br>Attorney General |
| By: s / Michelle Q. Pham<br>　　Michelle Q. Pham, WSBA #44286<br>　　mpham@buchalter.com<br>　　Kyle Rekofke, WSBA #49327<br>　　krekofke@buchalter.com<br><br>　　1420 Fifth Avenue, Suite 3100<br>　　Seattle, WA 98101-1337<br>　　Telephone: 206.319.7052 | By: s / Jonathon Bashford<br>　　Jonathon Bashford, WSBA #39299<br>　　jonathon.bashford@atg.wa.gov<br>　　Assistant Attorney General<br>　　Attorney General's Office, Torts Division<br><br>　　800 Fifth Avenue, Suite 2000<br>　　Seattle, WA 98104-3188<br>　　Telephone: 206-464-7744 |
| *Attorneys for Plaintiff*<br>*Emerald City Collective* | *Attorneys for Defendants* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE - 2
CASE NO. 2:24-CV-02163-JLR

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

BUCHALTER 85745898v1